**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **CASE NO.** 2:18-cr-50 | **DATE** 4/15/2019 | **TIME** 11:04-11:36 |
| **USA v.** Jose Salguero | **TAPE NO.** FTR-BWK-CR1 | **JUDGE** WOOD |

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**     **INTERPRETER:**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Joseph Emanuel, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Jennifer Kirkland |
| X | **DEPUTY CLERK** | Kim Mixon |
|   | **U.S.P.O** | |
|   | **U.S. MARSHAL** | x  Jay Ciambrone     x  Marty Fitzgurls     Jason Parnell |

MOTION HEARING ON COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY (DOC. 486).

COURT ADDRESSES PARTIES REGARDING SEALING THE RECORD ON THIS MATTER.

GOVERNMENT EXCUSED FROM HEARING. COURTROOM CLEARED AND PROCEEDINGS SEALED OFF RECORD.

COURT HEARS FROM COUNSEL FOR DEFENDANT REGARDING THE MOTION TO WITHDRAW. COURT HEARS FROM DEFENDANT.

COURT UNSEALS THE HEARING AND PROCEEDS.

MOTION TO WITHDRAW AS ATTORNEY BY JOSEPH EMANUEL IS GRANTED. NEW COUNSEL FOR DEFENDANT JOSE SALGUERO WILL BE APPOINTED.  WRITTEN ORDER TO FOLLOW.