IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 218-cr-50 |
| JOSE ALBERTO SALGUERO, | |
| Defendant. | |

### ORDER

This matter is before the Court on Defense Counsel's Motion to Withdraw as Attorney by Joseph Emanuel as to Defendant Jose Salguero. Doc. 486. The Court held an Attorney Inquiry Hearing on April 15, 2019. After hearing from the parties, and after due consideration and for good cause shown, the Court hereby **GRANTS** Joseph Emanuel's Motion to Withdraw and hereby appoints attorney Joelyn W. Pirkle to represent Defendant Jose Alberto Salguero. The Clerk of Court is hereby instructed to update the docket to reflect that Joelyn W. Pirkle is CJA Appointed Counsel in this case.

**SO ORDERED**, this 16th day of April, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA